954

No. 1224, Misc. WILSON *v.* SUPREME COURT OF WASHINGTON ET AL. Motion for leave to file petition for writ of mandamus denied.

*Probable Jurisdiction Noted.*

No. 821, Misc. SIBRON *v.* NEW YORK. Appeal from Ct. App. N. Y. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted and case transferred to appellate docket. *Gretchen White Oberman* and *Leon B. Polsky* for appellant. *Aaron E. Koota* for appellee. 18 N. Y. 2d 603, 219 N. E. 2d 196.